1  Edward C. Snyder (Pro Hac Vice)
2  esnyder@casnlaw.com
   **CASTILLO SNYDER, PC.**
3  300 Convent Street, Suite 1020
   San Antonio, TX 78205
4  Telephone: 210-630-4200
5  Facsimile:  210-630-4210

6
   Scott B. Cooper (State Bar No. 174520)
7  scott@cooper-firm.com
   **THE COOPER LAW FIRM, P.C.**
8  2030 Main Street, Suite 1300
9  Irvine, CA 92614
   Telephone: 949-724-9200
10 Facsimile: 949-724-9255

11
   Attorneys for Plaintiff DAVID GILL
12

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 2 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

13             UNITED STATES DISTRICT COURT
14             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GILL, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR WESTMOORE MANAGEMENT, LLC; WESTMOORE INVESTMENT, LP; WESTMOORE CAPITAL MANAGEMENT, INC.; WESTMOORE SECURITIES, INC.; WESTMOORE CAPITAL, LLC; WESTMOORE LENDING OPPORTUNITY FUND; and WESTMOORE HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUCK BLESSING, et al., <br><br> Defendants. | Case No. SACV 13-00132 AG (JPRx) <br><br> [~~Proposed~~] **JUDGMENT AGAINST DEFENDANT CHIN WANG** <br><br> Date: February 9, 2015 <br> Time: 10:00 a.m. <br> Ctrm: 10D |

1   The Court, having granted Plaintiff's Motion for Default Judgment Against
2   Defendant Chin Wang ("Wang") filed by Plaintiff, in his Capacity as Court-
3   Appointed Receiver for Westmoore Management, LLC; Westmoore Investment, LP;
4   Westmoore Capital Management, Inc.; Westmoore Securities, Inc.; Westmoore
5   Capital, LLC; Westmoore Lending Opportunity Fund; and Westmoore Holdings,
6   Inc., hereby ENTERS JUDGMENT in favor of Plaintiff and against Wang for:
7      (a) $197,164.00 in transfers to Wang;
8      (b) prejudgment interest at the rate of seven percent (7%) per year, as
9   calculated from the date of the last transfer to Wang (July 3, 2008); and
10  ~~(c) postjudgment interest, compounded annually, from the date of judgment~~
11  ~~until paid.~~
12  All relief not expressly granted herein is denied.
13  Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court
14  expressly determines that there is no just reason for delay and therefore enters this
15  final Judgment as to Defendant Wang only.

Dated: MARCH 2, 2015       By: _____
                                       Hon. Andrew J. Guilford
                                       United States District Court Judge